WALTER L. MIDDLEBROOK, Respondent, *v.* BOSTON AND
MAINE RAILROAD, Appellant.

*Middlebrook* v. *Boston & Maine R. R.,* 167 App. Div. 944, affirmed.
(Argued October 23, 1917; decided November 13, 1917.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered March 4, 1915, affirming a judgment in favor
of plaintiff entered upon a verdict in an action under
the Federal Employers' Liability Act to recover for
personal injuries alleged to have been sustained by
plaintiff through the negligence of the defendant. The
plaintiff, who was the yard conductor or conductor of the
switcher crew working in the west yard at East Deerfield
was riding on the east end of a coal car that was being
pushed along track No. 6 in an easterly direction when
this east end of the coal tar fouled or sideswiped cars
standing at the east end of track No. 7. The coal car
on which plaintiff was riding was forced over against a
car standing on track No. 5, and while plaintiff was
attempting to alight his leg was caught between the
car and a car standing on No. 5 and he received the
injuries complained of. At the conclusion of the evi-
dence the defendant moved for a nonsuit and a dis-
missal of the plaintiff's complaint upon the ground that
it appeared affirmatively that the plaintiff's injuries were
received because of his own negligence and not because
of any negligence on the part of the defendant; that
the plaintiff was injured because of one of the risks
incident to the plaintiff's employment and, therefore,
assumed by him, and that the car which was left fouling
track 6 was left there by the plaintiff himself; that he
was in complete control of the yard and that it was his
duty, as admitted by himself, to see that the cars on the
one track did not foul the others.

*Jarvis P. O'Brien* for appellant.

*Walter A. Fullerton* and *James A. Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN and CRANE, JJ.